

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2018

No. 04-18-00325-CV

**IN THE INTEREST OF S.S. AND S.S., CHILDREN**,

From the County Court, Jim Wells County, Texas
Trial Court No. 16-08-56366-CV
Honorable Michael Ventura Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal of a May 16, 2018 order terminating the parental rights of appellant mother K.E. and appellant father M.S. Both mother and father filed notices of appeal. Mother K.E.'s appellant's brief has been filed, but neither the appellant's brief nor a motion for extension of time have been filed by the father M.S. In response to our show cause order, the retained attorney for father M.S., Jennifer Barrera Solis, filed a motion to withdraw stating that she "has had no contact with [M.S.] to allow her to prepare for and file such appeal." The motion to withdraw is **DENIED** without prejudice, because it fails to comply with the requirement of Texas Rule of Appellate Procedure 6.5 that a copy of the motion to withdraw be delivered to father M.S. in person or by both certified mail and first-class mail to his last known address. TEX. R. APP. P. 6.5(b).

The appellant's brief of the father M.S. was originally due on July 25, 2018. It is therefore ORDERED that the appellant's brief for father M.S. must be filed *within twenty (20) days* from the date of this order. <u>No further extensions will be considered by the court</u>. If the appellant's brief references the sealed reporter's record filed in this appeal, the brief must be filed in paper form only, not electronically, and must contain a cover letter informing the clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

If the appellant's brief for father M.S. is not timely filed, his appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 28.4(a)(1), 38.8(a)(1).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2018.



KEITH E. HOTTLE,
Clerk of Court